### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADAM VORMAWOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:21-cv-02082-SAC-JPO |
| | ) |
| KALMAR SOLUTIONS, LLC a/k/a KALMAR, | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Adam Vormawor and Defendant Kalmar Solutions, LLC a/k/a Kalmar, in agreement, stipulate to a dismissal with prejudice in the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own fees and costs.

DATED: January 7, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Pantaleon Florez, Jr.* | */s/ Kyle B. Russell* |
| Pantaleon Florez, Jr. | Kyle B. Russell, KS Bar #20457 |
| PANTALEON FLOREZ, JR. LAW OFFICE | Joshua J. Cervantes, KS Bar #78650 |
| 933 South Kansas Avenue | JACKSON LEWIS P.C. |
| Topeka, KS 66612-1210 | 7101 College Blvd, Suite 1200 |
| florezlaw@gmail.com | Overland Park, KS 66210 |
| | Telephone: (913) 981-1018 |
| | Facsimile: (913) 981-1019 |
| ATTORNEY FOR PLAINTIFF | Kyle.Russell@jacksonlewis.com |
| | Joshua.Cervantes@jacksonlewis.com |
| | |
| | ATTORNEYS FOR DEFENDANT |

4880-9981-1337, v. 1